THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLIE BRAND, | CASE NO. C22-1799-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| USAA GENERAL INDEMNITY COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion to modify the trial date and case schedule (Dkt. No. 14). Finding good cause, the Court GRANTS the motion. Trial in this matter is continued to September 3, 2024. The Court ORDERS the following amended case management dates:

//
//
//
//
//
//

MINUTE ORDER
C22-1799-JCC
PAGE - 1

| Event | Date/Deadline |
|---|---|
| Pleading Amendment and Third Party Action | December 4, 2023 |
| Discovery Cutoff | May 6, 2024 |
| Rule 39.1 Mediation | May 20, 2024 |
| Dispositive Motions | June 5, 2024 |
| Motions in Limine & Pretrial Order | August 23, 2024 |
| Proposed Verdict Forms, Voir Dire, and Jury Instructions | August 29, 2024 |
| Trial Briefs and Pretrial Filings | August 29, 2024 |

DATED this 13th day of November 2023.

Ravi Subramanian
Clerk of Court

s/Samantha Spraker
Deputy Clerk
