THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLIE BRAND, | CASE NO. C22-1799-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| USAA GENERAL INDEMNITY COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order for dismissal (Dkt. No. 16). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulation here is self-executing and this action is DISMISSED with prejudice and without further recovery by any party. The Clerk is DIRECTED to close this case.

//
//
//
//

MINUTE ORDER
C22-1799-JCC
PAGE - 1

1    DATED this 25th day of January 2024.

                                                    Ravi Subramanian
                                                    Clerk of Court

                                                    s/Kathleen Albert
                                                    Deputy Clerk

MINUTE ORDER
C22-1799-JCC
PAGE - 2